# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

6/27/11

REC # 8184

$ 2.23

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614



Re: HAMMAN, CHARLES H. / Case # 08-23020
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.23. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: eCAST Settlement Corporation assignee of HSBC Bank NA / Direct Merchants Credit Card Bank     Amount $ 2.23     Claim Register # 13

DOUGLAS J. LUSTIG
Trustee



1600 Crossroads Building
Two State Street
585 232 3730
FAX 585 232 3882
CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP

Case 2-08-23020-JCN    Doc 46    Filed 06/27/11    Entered 06/27/11 16:11:41    Desc Main
Document    Page 1 of 1